UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM ZHAO,<br><br>Defendant. | **INFORMATION**<br><br>26 Cr.<br><br>26 CRIM 500 |

**COUNT ONE**
**(Receipt of Child Pornography)**

The United States Attorney charges:

1. From at least on or about July 28, 2025 through at least on or about July 29, 2025, in the Southern District of New York and elsewhere, WILLIAM ZHAO, the defendant, knowingly received material that contained child pornography using a means and facility of interstate and foreign commerce and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce by any means, including by cellphone, to wit, ZHAO received files containing sexually explicit images of a minor, including images of prepubescent minors and minors who had not attained 12 years of age, on his cellphone via an electronic messaging application while he was in Manhattan, New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).)

**COUNT TWO**
**(Possession of Child Pornography)**

The United States Attorney further charges:

2. From at least in or about July 2025 through at least in or about August 2026, in the Southern District of New York and elsewhere, WILLIAM ZHAO, the defendant, knowingly possessed and accessed with intent to view a book, magazine, periodical, film, videotape, computer

disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, ZHAO possessed sexually explicit images of minors, including images of prepubescent minors and minors who had not attained 12 years of age, on his cellphone while he was in his residence in Manhattan, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Information, WILLIAM ZHAO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offense and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

JAMES M. MCDONALD
United States Attorney